IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-11-D
No. 7:15-CV-33-D

| | |
|---|---|
| MELVIN FAULKNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The United States shall file a response to petitioner's motion to vacate under 28 U.S.C. § 2255 [D.E. 42]. The response is due not later than June 5, 2015.

SO ORDERED. This 27 day of April 2015.

JAMES C. DEVER III
Chief United States District Judge