IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:11-CR-00011-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELVIN FAULKNER,<br>Defendant | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Proposed Sealed Exhibit, which is docket entry number 91. The Court is of the opinion that this exhibit should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed and be filed under seal.

This the ~~6th~~ 12 day of ~~April~~ May 2021.

THE HONORABLE JAMES C. DEVER
UNITED STATES DISTRICT JUDGE