IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MELVIN FAULKNER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motions for compassionate release [D.E. 101, 108] not later than May 15, 2026.

SO ORDERED. This 30 day of March, 2026.

JAMES C. DEVER III
United States District Judge